**DISMISS and Opinion Filed April 21, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00152-CV

### ALPHA OMEGA CHL, INC., Appellant
### V.
### MIN LAW FIRM, P.C., Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07799**

## MEMORANDUM OPINION
Before Justices Myers, Whitehill, and Pedersen, III
Opinion by Justice Whitehill

Appellant appeals from the trial court's November 8, 2019 summary judgment dismissing all of its claims against appellee. Before the Court is appellee's motion to dismiss asserting this Court lacks jurisdiction because appellant's notice of appeal was untimely. Appellant did not file a response to appellee's motion.

Without a timely post-judgment motion extending the appellate timetable, a notice of appeal is due thirty days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1. A request for findings of fact and conclusions of law will extend the time for perfecting an appeal if they are required by the rules of civil procedure or

may properly be considered by the appellate court. *See id.* 26.1(4). Such a request extends the time for filing a notice of appeal only where a judgment is rendered following an evidentiary hearing. *See IKB Industries, Ltd. v. Pro–Line Corp.*, 938 S.W.2d 440, 443 (Tex. 1997). A request for findings of fact and conclusions of law following a summary judgment is not appropriate and does not extend appellate deadlines. *See Linwood v. NCNB Tex.*, 885 S.W.2d 102, 103 (Tex. 1994) (per curiam). Without a timely notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The trial court signed the judgment on November 8, 2019. Although appellant filed a timely request for findings of fact and conclusions of law, such request did not extend the time to file the notice of appeal. *See Linwood*, 885 S.W.2d at 103. The notice of appeal was due on December 9, 2019. *See* TEX. RS. APP. P. 4.1(a), 26.1. Appellant filed its notice of appeal on January 31, 2020. Because the notice of appeal was untimely, we grant appellee's motion and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Bill Whitehill/
_____
BILL WHITEHILL
JUSTICE

200152F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ALPHA OMEGA CHL, INC.,
Appellant

No. 05-20-00152-CV     V.

MIN LAW FIRM, P.C., Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-12-07799.
Opinion delivered by Justice
Whitehill. Justices Myers and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MIN LAW FIRM, P.C. recover its costs of this appeal from appellant ALPHA OMEGA CHL, INC.

Judgment entered April 21, 2020